IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT PATTON.**,

**Plaintiff,**

**v.**

**TWIN CITY FIRE INSURANCE CO.,**

**Defendants.**                                                  **No. 11-0564-DRH**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On July 1, 2011, defendants GEICO General Insurance Co., GEICO Indemnity Co., and GEICO Casualty Co., removed this matter to this Court. A review of the record indicates that these defendants have not filed the Federal Rule of Civil Procedure 7.1 disclosures. Thus, the Court **DIRECTS** the GEICO defendants to file the disclosures on or before July 19, 2011.

**IT IS SO ORDERED.**

Signed this 5th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.05 10:45:07 -05'00'

**Chief Judge**
**United States District Court**