IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT PATTON**,

**Plaintiff,**

**v.**

**TWIN CITY FIRE INSURANCE CO.,**

**Defendants.**                                              No. 11-0564-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. Today, defendant Twin City Fire Insurance filed an answer (Doc. 18) and defendant Hartford Financial Services Group, Inc. filed a motion to dismiss (Doc. 19). A review of the record indicates that these defendants have not filed the Federal Rule of Civil Procedure 7.1 disclosures. Thus, the Court **DIRECTS** these defendants to file the required disclosures on or before August 2, 2011.

Further, on July 5, 2011, the Court directed the GEICO defendants to file their Rule 7.1 disclosures on or before July 19, 2011 (Doc. 5). The record reveals that they failed to do so. Thus, the Court **DIRECTS** the GEICO defendants to file the

disclosures *instanter* or file other memoranda showing cause why the Court should not strike its pleadings, no later than August 2, 2011.

**IT IS SO ORDERED.**

Signed this 20th day of July, 2011.

David R. Herndon
2011.07.20
14:39:18 -05'00'

**Chief Judge
United States District Court**