IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT PATTON**,

**Plaintiff,**

v.

**TWIN CITY FIRE INSURANCE CO.,**
**et al.,**

**Defendants.**                                    No. 11-0564-DRH

## ORDER

**HERNDON, Chief Judge:**

On January 13, 2012, plaintiff and defendants Twin City Fire Insurance Company and Hartford Financial Services Group, Inc. filed a stipulation of dismissal with prejudice (Doc. 51). Thus, the Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** plaintiff's cause of action against these defendants. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same at the close of the case.

**IT IS SO ORDERED.**

Signed this 18th day of January, 2012.

David R. Herndon
2012.01.18 10:11:03
-06'00'

**Chief Judge**
**United States District Court**