IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT PATTON,

Plaintiff,

v.

TWIN CITY FIRE INSURANCE CO.,
et al.,

Defendants.                                              No. 11-0564-DRH

## ORDER

**HERNDON, Chief Judge:**

On April 6, 2012, plaintiff and defendants GEICO General Company, GEICO Indemnity Company, and GEICO Casualty Company filed a stipulation of dismissal with prejudice (Doc. 65).  Thus, the Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** plaintiff's cause of action against these defendants.  Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 10th day of April, 2012.

*David R. Herndon* (signature)

Digitally signed by
David R. Herndon
Date: 2012.04.10
10:10:10 -05'00'

Chief Judge
United States District Court