IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT PATTON**,

**Plaintiff**,

v.

**TWIN CITY FIRE INSURANCE CO.**,
et al.,

**Defendants.**                              No. 11-0564-DRH

### ORDER

**HERNDON, Chief Judge:**

On April 6, 2012, plaintiff and defendants GEICO General Company, GEICO Indemnity Company, and GEICO Casualty Company filed a stipulation of dismissal with prejudice (Doc. 65). Thus, the Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** plaintiff's cause of action against these defendants. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 10th day of April, 2012.

Digitally signed by
David R. Herndon
Date: 2012.04.10
10:10:10 -05'00'

**Chief Judge**
**United States District Court**