## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT PATTON,**

     **Plaintiff,**

-vs-

**TWIN CITY FIRE INSURANCE
COMPANY, HARTFORD FINANCIAL
SERVICES GROUP, INC., and
GEICO GENERAL INSURANCE CO.,**

     **Defendants.**               **NO. 11-CV-564-DRH**

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on January 18, 2012 and April 10, 2012, this case is **DISMISSED**  with prejudice.  Each party shall bear its own costs.

                     **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                     **BY:**      **/s/*Sandy Pannier*
                                **Deputy Clerk**

Dated: April 10. 2012

Digitally signed by
David R. Herndon
Date: 2012.04.10
10:12:34 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT